NOTE: This order is nonprecedential.

# United States Court of Appeals

# for the Federal Circuit

_____

**BRENDAN CORKERY,**
_Petitioner_

**v.**

**DEPARTMENT OF HOMELAND SECURITY,**
_Respondent_

_____

15-3216

_____

Petition for review of an arbitrator's decision in case
no. FMCS 13-02672-6 by Roger P. Kaplan.

_____

## O R D E R

Petitioner having filed the required Statement
Concerning Discrimination, it is,

ORDERED that the order of dismissal and the
mandate be, and the same hereby are, VACATED and
RECALLED, and the petition for review is,
REINSTATED.

Petitioner's brief is due on or before December 18,
2015.

FOR THE COURT

November 20, 2015                    /s/ Daniel E. O'Toole
                                     Daniel E. O'Toole
                                     Clerk of Court


cc: Michael Wilson Macomber
Loren Misha Preheim

Merit Systems Protection Board